JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED PRODUCTS AND TECHNOLOGY LIMTED,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ABOVE EDGE, LLC; JAY FRIED; and DOES 1–100, inclusive,<br><br>　　　　　　Defendants. | Case No. CV 21-2661-DMG (AJRx)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order granting Plaintiff United Products and Technology Limited's ("United Products") motion for summary judgment [Doc. # 130],

　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment is entered in favor of Plaintiff United Products and against Defendants Above Edge, LLC and Jay Fried.  Plaintiff shall recover from Defendants the sum of $1,333,000, plus $370,747.95 in prejudgment interest.

**IT IS SO ORDERED.**

DATED: April 16, 2024

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE